IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENNETH MARTIN BOGGS,
    Plaintiff,

vs.                                          Case No.  3:11cv222/LAC/CJK

MARIA IRENE LUCAS,
    Defendant.
_____

O R D E R

       This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 12, 2012. (Doc. 15). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of objections filed.

       Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

       Accordingly, it is now ORDERED as follows:

       1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

       2.    This case is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915A(b)(1) for plaintiff's failure to state a claim upon which relief may be granted.

3.	The clerk is directed to close the file.

DONE AND ORDERED this 23rd day of April, 2012.

        s/*L.A. Collier*
        LACEY A. COLLIER
        SENIOR UNITED STATES DISTRICT JUDGE

*Case No: 3:11cv222/LAC/CJK*